IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DENISE R. COLBERT**<br>7900 Farrs Lane<br>Forestville, Maryland 20747<br><br>and<br><br>**SHERON W. MINTER**<br>2305 Henson Valley Way<br>Fort Washington, Maryland  21061<br><br>Plaintiffs,<br><br>v.<br><br>**WILLIAM h. TURRI, Acting Public Printer**<br>**of the United States**<br>**U.S. GOVERNMENT PRINTING OFFICE**<br><br>Defendant. | Civil Action No. 07-1219 (RMC) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                        Respectfully submitted,

                        /s/
                        WYNEVA JOHNSON, D.C. Bar #278515
                        Assistant United States Attorney
                        555 Fourth Street, N.W., E-4106
                        Washington, D.C.  20530
                        (202) 514-7224