IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE R. COLBERT<br><br>and<br><br>SHERON W. MINTER<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. TAPELLA, PUBLIC PRINTER<br>U.S. GOVERNMENT PRINTING OFFICE [1]<br><br>Defendant. | Civil Action No. 07-1219 (RMC) |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ANSWER

Defendant, pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, respectfully moves this Court for Leave to File Defendant's Answer. Plaintiffs' Counsel does not oppose this Motion.

Defendant prepared its Answer for filing on October 29, 2007, the due date. Due to an inadvertence, the Answer was not filed in the electronic filing system. Defendant regrets the inconvenience to the Court and to Counsel.

---

[1] Mr. Tapella is substituted for William H. Turri as the Public Printer pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_ /s/_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530


Of Counsel:

Thomas Kelly
Assistant General Counsel
United States Government Printing Office

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **DENISE R. COLBERT** <br><br> and <br><br> **SHERON W. MINTER** <br><br> Plaintiffs, <br><br> v. <br><br> **ROBERT C. TAPELLA, PUBLIC PRINTER** <br> **U.S. GOVERNMENT PRINTING OFFICE** [1] <br><br> Defendant. | Civil Action No. 07-1219 (RMC) |

**ORDER**

UPON CONSIDERATION of the Defendant's Unopposed Motion for Leave To File Answer and the entire record in this matter, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that Defendant's motion be and hereby is granted.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Mr. Tapella is substituted for William H. Turri as the Public Printer pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Copies to:

Wyneva Johnson
Assistant United States Attorney
555 Fourth St., N.W., E-4106
Washington, D.C. 20530

Theodore S. Allison
Karr & Allison, PC
1300 19th Street, N.W.
Suite 402
Washington, DC 20036