IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE R. COLBERT<br><br>and<br><br>SHERON W. MINTER<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT C. TAPELLA, PUBLIC PRINTER<br>U.S. GOVERNMENT PRINTING OFFICE [1]<br><br>Defendant. | Civil Action No. 07-1219 (RMC) |

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT FOR DISCRIMINATION
IN EMPLOYMENT IN VIOLATION OF TITLE VII**

Defendant, Robert C. Tapella, Public Printer, United States Government Printing Office, by and through his undersigned attorneys, hereby answers plaintiffs' Complaint for Discrimination in Employment in Violation of Title VII.

**FIRST DEFENSE**

Defendant responds to the unnumbered and numbered paragraphs of plaintiffs' Complaint for Discrimination in Employment in Violation of Title VII.

1. This paragraph contains plaintiffs' characterization of this action to which no answer is required.

---

[1] Mr. Tapella is substituted for William H. Turri as the Public Printer pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

## JURISDICTION AND VENUE

2. This paragraph contains plaintiffs' statement of jurisdiction to which no answer is required.

3. This paragraph contains plaintiffs' statement regarding venue to which no answer is required.

## PARTIES

4. Admitted.

5. Admitted.

6. The first and second sentences of this paragraph are denied because Robert C. Tapella was sworn in as Public Printer on October 10, 2007. The third sentence contains plaintiffs' characterization of this action to which no answer is required.

## ADMINISTRATIVE REMEDIES

7. Admitted.

## FACTS

8. Admitted.

9. Admitted.

10. Denied.

11. Admitted.

12. Admit that Plaintiff Colbert filed a timely application. Defendant lacks sufficient information to admit or deny that Plaintiff Minter submitted a timely application.

13. The first sentence of this paragraph is admitted. The second sentence of this paragraph is

denied.

14.     Admitted.

15 - 16.     Denied.

17.     Defendant is without sufficient information or knowledge to respond to this paragraph.

18-19.     These paragraphs contain plaintiffs' characterization of their alleged damages to which no answers are required.

## COUNT 1
### (RACE DISCRIMINATION)

20.     Defendant incorporates by reference its answers to paragraph 1-19.

21.     Defendant denies the allegations in this paragraph except admit that the selectee for the position was of a different race than plaintiff Minter.

22.     This paragraph contains plaintiff Minter's characterization of her alleged damages to which no answer is required.

## COUNT 2
### (SEX DISCRIMINATION)

23.     Defendant incorporates by reference its answers to paragraph 1-19.

24.     Defendant denies the allegations in this paragraph except admit that selectee was a male.

25.     This paragraph contains plaintiff Minter's characterization of her alleged damages to which no answer is required.

## COUNT 3
### (RACE DISCRIMINATION)

26.     Defendant incorporates by reference its answers to paragraphs 1-19.

27. Defendant denies the allegations in this Complaint except admit that the selectee was of a different race than plaintiff Colbert.

28. This paragraph contains plaintiff Colbert's characterization of her alleged damages to which no answer is required.

### COUNT 4
### (SEX DISCRIMINATION)

29. Defendant incorporates by reference its answers to paragraph 1-19.

30. Defendant denies the allegations in this paragraph except admit that selectee was a male.

31. This paragraph is plaintiff Colbert's characterization of her alleged damages to which no answer is required.

### RELIEF REQUESTED

The unnumbered paragraph beginning with "wherefore" is plaintiff's prayer for relief to which no answer is necessary, but insofar as an answer is deemed necessary, defendant denies that plaintiffs are entitled to the relief requested or to any relief whatsoever.

### DEMAND FOR JURY TRIAL

This paragraph contains plaintiffs' request for a jury trial to which no answer is required.

Defendant hereby specifically denies all of the allegations of plaintiffs' Complaint for Discrimination Employment in Violation of Title VII not herein before otherwise answered.

        Respectfully submitted,


__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530


Of Counsel:

Thomas Kelly
Assistant General Counsel
United States Government Printing Office