IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENISE R. COLBERT<br><br>and<br><br>SHERON W. MINTER<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT C. TAPELLA, Public Printer<br>of the United States, U.S. GOVERNMENT<br>PRINTING OFFICE<br><br>    Defendant. | Civil Action No. 07-1219 (RMC) |

## JOINT LOCAL CIV. R. 16.3 STATEMENT

Pursuant to L.C.R. 16.3, the parties hereby jointly submit this initial conference statement:

1. Plaintiffs are African American female employees of defendant, who were not selected for positions within defendant's Congressional Publishing Services, a Supervisory Printing Services Specialist on shift 1, and a Supervisory Printing Services Specialist on shift 2. White male employees were selected instead of plaintiffs. Plaintiffs allege that the management and selecting officials within CPS are biased in favor of white males for positions, such as those in issue, that involve liaison between GPO and Congress. Plaintiffs were well qualified for the positions, and allege that the selectees were not better qualified than they. Defendant denies these allegations.

2. The parties recommend management of this case as set forth herein.

3. The parties do not anticipate joining any parties.

4. Defendant does not agree to the assignment of this case to a Magistrate Judge except for settlement discussions.

5. The parties cannot determine the possibility of settlement at this time.

6. Defendant believes that it would be premature to send the case to alternative dispute resolution at this time. Plaintiffs would be amenable to ADR, in the form of mediation or supervised settlement conferences, at any time.

7. Defendant believes that Plaintiffs' claims can be resolved by dispositive motion at the end of discovery. Plaintiffs believe the case will require trial if not settled earlier.

8. The parties agree that the deadline for dispositive motions should be 45 days after the close of discovery, with oppositions due 30 days after service of the dispositive motion and reply briefs due 15 days after service of the opposition.

9. The parties agree to stipulate that initial disclosures will be waived.

10. The parties agree that discovery should close 180 days after entry of a scheduling order, with the presumptive limits of the local rules imposed upon the number of depositions and interrogatories.

11. The parties agree that plaintiffs' Rule 26(a)(2) report be served 60 days before the close of discovery with the defendant's report to be served 30 days thereafter. All expert depositions will be taken within the discovery period.

12. The provision for class actions is inapplicable in this case.

13. The parties agree that there is no need for bifurcation.

14. The parties agree that it is not necessary for the Court to set the date for the pretrial conference at this time.

15. The parties agree that the Court should not schedule a firm trial date at the scheduling conference.

Respectfully Submitted,

_____
THEODORE S. ALLISON
Karr & Allison, PC
1300 19th Street, N.W., Suite 402
Washington, D.C. 20036

Attorney for Plaintiffs

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
WYNEVA JOHNSON, D.C. BAR #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C. 20530
(202) 514-7224

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE R. COLBERT** ) <br> ) <br> and ) <br> ) <br> **SHERON W. MINTER** ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **ROBERT C. TAPELLA, Public Printer** ) <br> **of the United States, U.S. GOVERNMENT** ) <br> **PRINTING OFFICE** ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1219 (RMC) |

## SCHEDULING ORDER

UPON CONSIDERATION OF the parties' Local Civ. R. 16.3 statement, the Court enters the following scheduling order:

    1. Discovery will close on _____

    2. Plaintiff's 26(a)(2) report, if any, will be due on _____. Defendant's 26(a)(2) report, if any, will be due _____.

    3. Dispositive motions must be filed by _____. Oppositions are due _____ and reply briefs are due _____, 2008.

SO ORDERED THIS _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE

cc:

| Attorney for Defendant | Attorney for Plaintiffs |
|---|---|
| Wyneva Johnson | Theodore S. Allison |
| Assistant United States Attorney | KARR & ALLISON, PC |
| 555 Fourth Ave., N.W., E-4106 | 1300 19th Street, N.W., Suite 402 |
| Washington, D.C. 20530 | Washington, D.C. 20036 |