**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DENISE R. COLBERT, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-1219 (RMC) |
| v. ) | |
| ) | |
| ROBERT E. TAPELLA, ) | |
| of the United States ) | |
| U.S. GOVERNMENT PRINTING OFFICE ) | |
| ) | |
| Defendant. ) | |

**MOTION TO MODIFY THE JANUARY 22, 2008 SCHEDULING ORDER
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

In accordance with Federal Rule of Civil Procedure 6(b)(1) and the Court's January 22, 2008 Order, defendant, by and through undersigned counsel, respectfully requests that the Court modify the January 22, 2008 Scheduling Order by rescheduling the time by which the parties shall end discovery from July 18, 2008 to August 29, 2008. Counsel for the defendant has conferred with counsel for the plaintiff, who consents to this request for an extension on the discovery deadline. Defendant is making this request for the following reason:

The parties though counsel are in the process of settling the claim of plaintiff Sheron Minter and this additional time will allow the parties time to finalize dates and complete discovery for the remaining plaintiff's claims.

Wherefore, it is respectfully requested that the Court modify the January 22, 2008 Scheduling Order by rescheduling the time by which the parties end discovery from July 18,

2008 to August 29, 2008.

                                                  Respectfully Submitted,

_____      _____
                                                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                  United States Attorney


                                                  _____
                                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                                  Assistant United States Attorney


                                                  _____
                                                  WYNEVA JOHNSON, D.C. BAR #278515
                                                  Assistant United States Attorney
                                                  555 Fourth Street, N.W., E-4106
                                                  Washington, D.C.  20530
                                                  (202) 514-7224

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DENISE R. COLBERT, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-1219 (RMC) |
| v. ) | |
| ) | |
| ROBERT E. TAPELLA, ) | |
| of the United States ) | |
| U.S. GOVERNMENT PRINTING OFFICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Upon consideration of the Consent Motion to Modify the January 22, 2008 Scheduling Order by rescheduling the time by which the parties shall end discovery from July 18, 2008 to August 29, 2008, it is this _____ day of_____, 2008,

ORDERED that the Consent Motion to Modify the January 22, 2008 Scheduling Order should be, and hereby is, GRANTED; and it is

FURTHER ORDERED that the date by which the parties shall end discovery shall be August 29, 2008.

Dated: _____, 2008.      _____
                                                                        United States District Judge