**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHERON W. MINTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1219 (RMC) |
| ) | |
| ROBERT E. TAPELLA, Public Printer ) | |
| of the United States ) | |
| U.S. GOVERNMENT PRINTING OFFICE ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF SETTLEMENT**
**AND ORDER OF DISMISSAL**

The parties do hereby stipulate and agree, to settle and compromise the above-entitled action under the terms and conditions set forth herein.

1. This Stipulation of Settlement shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Complaint filed in this action, and any other claims related to Sheron W. Minter's employment that are currently pending against the Public Printers, United States Government Printing Office, including EEO Case No. 0804 and in any forum or which could have been raised up to the date of this Stipulation of Settlement and all claims for costs and attorney's fees arising therefrom.

2. Ms. Minter will receive a lump sum payment of $17,030.00. Ms. Minter understands that she will be fully responsible for paying any state or federal taxes owed on any monies paid under this Stipulation of Settlement.

3. The position title "Assistant Director" will be added to Ms. Minter's current position title.

4. By this Stipulation of Settlement, Ms. Minter waives, releases, and abandons any and all claims against the Public Printer, United States Government Printing Office, its officers, agents or employees, whether past or present, alleged, or which could have been alleged, by Ms. Minter as a result of her employment with the United States Government Printing Office through the effective date of this settlement agreement.

5. A lump sum payment of $5,500.00 shall be made payable to Theodore Allison for attorney's fees and costs.

6. This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, the United States Government Printing Office, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties and their representatives acknowledge that they fully understand and voluntarily agree to the terms of the Stipulation of Settlement.

9. The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States government, except in an action alleging breach of this Stipulation of Settlement.

10. Payment shall be made as promptly as practicable consistent with the normal processing procedures followed by the United States Department of Justice and the United States Department of the Treasury. Defendant's counsel shall promptly prepare and submit all required documentation to the Department of the Treasury for processing of the payments, and plaintiff's

counsel shall cooperate with defendant's counsel to insure that such documentation is complete and accurate.

11.   Payment of the amount of $17,030.00 will be made by electronic transfer drawn on the Treasury of the United States for and made payable to Ms. Minter.

12.   Payment of the amount of $5,500.00 will be made by electronic transfer drawn on the Treasury of the United States and made payable to Mr. Allison.

13.   This action is dismissed with prejudice as to plaintiff Sharon Minter, except that the Court shall have jurisdiction to reinstate this action on motion of any party to resolve a claim of noncompliance with the terms of this Stipulation of Settlement. The action by plaintiff Denise Colbert against Robert E. Tapella shall be unaffected by this Stipulation of Settlement.

Executed this 28th day of July, 2008.

Respectfully Submitted,

_____     _____
THEODORE S. ALLISON          JEFFREY A. TAYLOR, D.C. BAR # 498610
Karr & Allison, PC           United States Attorney
1300 19th Street, N.W., Suite 402
Washington, D.C. 20036

_____     _____
SHERON W. MINTER             RUDOLPH CONTRERAS, D.C. BAR #434122
Plaintiff                    Assistant United States Attorney

                             _____
                             WYNEVA JOHNSON, D.C. BAR #278515
                             Assistant United States Attorney
                             555 Fourth Street, N.W., E-4106
                             Washington, D.C. 20530
                             (202) 514-7224


SO ORDERED, on this _____ day of _____, 2008.



                             _____
                             UNITED STATES DISTRICT COURT JUDGE

4