UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE COLBERT**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-1219 (RMC) |
| ) | |
| **ROBERT C. TAPELLA, Public Printer** ) | |
| of the United States, U.S. ) | |
| **GOVERNMENT PRINTING OFFICE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

The Court having been advised that this action, with respect to Plaintiff Sheron W. Minter, has been settled, it is hereby

**ORDERED** that the case between Sharon W. Minter and Defendant Robert C. Tapella, Public Printer of the United States, U.S. Government Printing Office, is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, either party may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, Ms. Minter's case against the Defendant shall, without further order, stand dismissed *with* prejudice. The Court shall retain jurisdiction over Ms. Minter's action for purposes of resolving any claims of noncompliance with the terms of the Stipulation of Settlement. *See* Dkt. # 9. This case remains open as to Plaintiff Denise R. Colbert's action against Defendant Robert C. Tapella, Public Printer of the United States, U.S. Government Printing Office.

**SO ORDERED.**

Date:   August 19, 2004                                        /s/
                                                    ROSEMARY M. COLLYER
                                                    United States District Judge