IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENISE R. COLBERT** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERT C. TAPELLA, Public Printer** )<br>**of the United States, U.S. GOVERNMENT** )<br>**PRINTING OFFICE** )<br>)<br>**Defendant.** )<br>) | **Civil Action No. 07-1219 (RMC)** |

**CONSENT MOTION TO MODIFY**
**THE JANUARY 22, 2008 SCHEDULING ORDER**

In accordance with Federal Rule of Civil Procedure 6(b)(1) and the Court's January 22, 2008 Order, plaintiff, by counsel undersigned, respectfully requests that the Court further modify the January 22, 2008 Scheduling Order by enlarging the time by which the parties shall complete discovery from August 29, 2008 to September 26, 2008. Counsel for plaintiff has conferred with counsel for defendant, who joins in this request for an extension of the discovery deadline. Plaintiff makes this request for the following reasons:

The parties settled the claim of plaintiff Sheron Minter, which, because of the unavailability of party representatives and counsel at various times, took longer than anticipated. Each remaining party is actively completing responses to written discovery, and counsel for the parties are working out the terms of a Privacy Act protective order which will be necessary for the disclosure of certain information by defendant in response to discovery. Because of August travel schedules, the parties have experienced difficulties completing their responses to written

1

discovery, and setting depositions by the August 29, 2008 deadline. Contributing to this, plaintiff has had a medical leave of absence of approximately a week during the month of August, and additional time in which her ability to assist in the preparation of her case has been impaired, and for which she is under the care of a physician.

    Wherefore, it is respectfully requested that the Court modify the January 22, 2008 Scheduling Order by rescheduling the time for completion of discovery from August 29, 2008 to September 26, 2008.

Respectfully Submitted,

KARR & ALLISON, P.C.

By:    /s/ Theodore S. Allison
Theodore S. Allison (D.C. Bar #441089)
1300 19th St., N.W., Suite 402
Washington, D.C. 20036
Telephone (202) 331 7600
Facsimile (202) 293 3999

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2008, a true copy of the foregoing motion was served upon the interested parties, to the electronic mail address of record, addressed to:

| | |
|---|---|
| WYNEVA JOHNSON, ESQ.<br>Assistant United States Attorney<br>555 Fourth Street, N.W., E 4106<br>Washington, D.C.  20530 | Wyneva Johnson wyneva.johnson@usdoj.gov |

     /s/   Theodore S. Allison
Theodore S. Allison